**ROCKWELL MEDICAL
TECHNOLOGIES,
INC., Appellant,**

v.

**ADVANCED RENAL
TECHNOLOGIES,
Appellee.**

No. 2007–1352.

United States Court of Appeals,
Federal Circuit.

July 6, 2007.

ON MOTION

*ORDER*

Rockwell Medical Technologies, Inc. and Advanced Renal Technologies move to remand to the Trademark Trial and Appeal Board. The parties state that the United States Patent and Trademark Office consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.